# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DIAZ, ALBERT | FOURTH CIRCUIT | 08/09/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CIRCUIT JUDGE ACTIVE | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

227 West Trade St. Suite 1610
Charlotte, NC 28202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Advisors | Marine Corps Coordinating Council of Greater Charlotte |
| 2. | Part-Time Instructor | University of North Carolina, Charlotte |
| 3. | Board of Advisors | ASPIRA NC |
| 4. | Member | Contracts Law Drafting Committee, National Conference of Bar Examiners |
| 5. | Board of Advisors | Wake Forest School of Law Journal of Law & Policy |
| 6. | Board of Advisors | George Mason University School of Law Judicial Education Program |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Judicial Retirement Plan; receiving annual pension from the state of North Carolina for prior service as a state trial judge. |
| 2. | 2006 | Medical Insurance Coverage; receiving health care coverage from the state of North Carolina for prior service as a state trial judge. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 08/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | University of North Carolina Charlotte, teaching | $7,680.00 |
| 2. | 2012 | Multistate Bar Exam Contracts Drafting Committee, National Conference of Bar Examiners, stipend | $7,000.00 |
| 3. | 2012 | North Carolina Judicial Retirement | $20,942.22 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Carolinas HealthCare System, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of North Carolina School of Law | 2/24/2012 to 2/25/2012 | Chapel Hill, NC | Preside over Moot Court competition | Transportation, meals, hotel |
| 2. | National Conference of Bar Examiners | 3/29/2012 to 4/1/2012 | New York, NY | Attend contracts law committee meeting | Transportation, meals, hotel |
| 3. | Duke University School of Law | 4/5/2012 to 4/6/2012 | Durham, NC | Preside over Moot Court competition | Transportation, meals, hotel |
| 4. | Boston University- Metropolitan College | 5/18/2012 to 5/19/2012 | Boston, MA | Give commencement address | Meals, Hotel |
| 5. | National Conference of Bar Examiners | 9/13/2012 to 9/15/2012 | Santa Monica, CA | Attend contracts law committee meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **DIAZ, ALBERT** | 08/09/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | North Carolina Bar Association | 10/4/2012 | Cary, NC | CLE Speaker | Transportation |
| 7. | George Mason University School of Law and American Bar Association | 10/7/2012 to 10/10/2012 | Washington, DC | Attend Educational Program | Transportation, meals, hotel |
| 8. | George Mason Univesity School of Law | 11/30/2012 to 12/2/2012 | Coral Gables, FL | Attend Board of Advisors Meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 08/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | North Carolina College Foundation, Inc. | Plus Education Loans | J |
| 2. | North Carolina College Foundation, Inc. | Stafford Education Loans | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 08/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Primecap Fund Admiral IRA | B | Dividend | L | T | | | | | |
| 2. Vanguard 500 Index Fund Admiral IRA | B | Dividend | L | T | | | | | |
| 3. T. Rowe Price Mid Cap Growth Fund IRA | A | Dividend | J | T | | | | | |
| 4. T. Rowe Price Short Term Bond Fund IRA | A | Dividend | J | T | | | | | |
| 5. T. Rowe Price Prime Reserve Fund | | None | J | T | | | | | |
| 6. Cox & Dodge International Stock Fund 401K | B | Dividend | L | T | | | | | |
| 7. Neuberger Genesis Advisor Fund 401K | A | Dividend | | | Sold | 5/31/12 | K | | |
| 8. Vanguard Total Stock Market Index Signal | A | Dividend | L | T | Buy | 5/31/12 | K | | |
| 9. Carolinas Healthcare System Retirement Plan | C | Int./Div. | K | W | | | | | |
| 10. T. Rowe Price Capital Appreciation Fund IRA | B | Dividend | K | T | | | | | |
| 11. USAA Insurance Co. Subscriber's Account | | None | J | T | | | | | |
| 12. Navy Federal Credit Union Accounts | A | Interest | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 08/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ALBERT DIAZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544